

Wednesday, January 21, 2015

No. 15–0129/AR. U.S. v. Orval W. Gould, Jr. CCA 20120727. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE EVIDENCE IS LEGALLY AND FACTUALLY INSUF-
> FICIENT TO SUSTAIN A CONVICTION OF PRODUCTION OF CHILD
> PORNOGRAPHY WHERE THE IMAGES IN QUESTION DO NOT
> MEET THE DEFINITION OF CHILD PORNOGRAPHY.

No briefs will be filed under Rule 25.